503 A.2d 930

**GIRARD PRESCRIPTION CENTER and Gold-Brick Companies, Inc., Petitioners,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT of PUBLIC WELFARE, Respondent.**

Supreme Court of Pennsylvania.

Jan. 22, 1986.

Petition for Allowance of Appeal GRANTED, No. 12 E.D. Appeal Docket 1986.